# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON MATTHEW JACOBSEN,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 78122

**FILED**

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a "Stipulation and Order to Apply Credit for Time Served." Seventh Judicial District Court, Lincoln County; Gary Fairman, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, the court

ORDERS this appeal DISMISSED.

_____, J.
    Pickering

_____, J.
    Parraguirre

_____, J.
    Cadish

 
19-22375

cc: Hon. Gary Fairman, District Judge
Kirsty E. Pickering Attorney at Law
Attorney General/Carson City
Lincoln County District Attorney
Lincoln County Clerk